James R. Hawkins, Esq. SBN 192925
Samantha A. Smith, Esq. SBN 233331
**JAMES HAWKINS APLC**
9880 Research Drive, Suite 200
Irvine, CA 92618
TEL: (949) 387-7200
FAX: (949) 387-6676
James@jameshawkinsaplc.com
Samantha@jameshawkinsaplc.com

Attorneys for Plaintiff, CHAARVINA IVRA
on behalf of herself and all others similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAARVINA IVRA on behalf of herself and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>G2 SECURE STAFF, LLC, a Texas corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 20-CV-7325-GW-AGRx<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF ACTION WITHOUT PREJUDICE**<br><br>Hon. George H. Wu<br>Ctrm: 9D |

- 1 -

REQUEST FOR DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE THAT Plaintiff CHAARVINA IVRA (hereinafter "Plaintiff") hereby files this Request for Dismissal of Action Without Prejudice ("Request"). This Request is made pursuant to Federal Rules Civil Procedure, Rule 41(a).

Plaintiff filed her original class action complaint on June 9, 2020 in Los Angeles County Superior Court, alleging various wage and hour claims on behalf of a proposed class, including failure to pay all lawful wages owed, failure to pay wages on a weekly basis, failure to provide meal periods and rest breaks, failure to reimburse for business expenses, failure to provide accurate wage statements, failure to pay all wages due at separation and violations of B&P Code §§ 17200 et seq. (*See* ECF No. 1, Ex. A.)

On August 17, 2020, Defendant removed this case to this Court ("Action"). (*See* ECF No. 1.) Thereafter, Defendant's counsel informed Plaintiff of another class action before this Court, *Haeggans v. G2Secure Staff, LLC*, et al, Case No. 2:17-cv-09206-GW-PLAx (C.D. Cal), which was recently granted Final Approval of Class and Representative Actions Settlement and Judgment on August 31, 2020, and releases most of the claims presently alleged in Plaintiff's Action. (*See* ECF No. 84.) Defendant's counsel also informed Plaintiff of an arbitration agreement containing a class action waiver that Defendant intended to enforce in the present Action.

In light of the foregoing, Plaintiff requests to dismiss the present action *in its entirety without prejudice*.

//
//
//

| | | |
|---|---|---|
| 1 | **Dated: October 5, 2020** | **JAMES HAWKINS, APLC** |
| 2 | | /s/ *James R. Hawkins* |
| 3 | | James R. Hawkins |
| | | Samantha A. Smith |
| 4 | | Attorneys for Plaintiff |
| 5 | | CHAARVINA IVRA |

- 3 -

REQUEST FOR DISMISSAL WITHOUT PREJUDICE

CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2020 I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, for the Central District of California using the CM/ECF system. All participants are registered CM/ECF users, and will be served by the CM/ECF system.

Dated: October 8, 2020          */s/ James R. Hawkins*
                                         James R. Hawkins