JS-6

James R. Hawkins, Esq. SBN 192925
Isandra Fernandez, Esq. SBN 220482
**JAMES HAWKINS APLC**
9880 Research Drive, Suite 200
Irvine, CA 92618
TEL: (949) 387-7200
FAX: (949) 387-6676
James@jameshawkinsaplc.com
Samantha@jameshawkinsaplc.com

Attorneys for Plaintiff, CHAARVINA IVRA
on behalf of herself and all others similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAARVINA IVRA on behalf of herself and all others similarly situated<br><br>        Plaintiff,<br><br>vs.<br><br>G2 SECURE STAFF, LLC, a Texas corporation, and DOES 1 through 10, inclusive,<br><br>        Defendants. | 20-CV-7325-GW-AGRx<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL OF ACTION WITHOUT PREJUDICE**<br><br>Hon. George H. Wu<br>Ctrm: 9D |

- 1 -

[PROPOSED] ORDER RE REQUEST FOR DISMISSAL OF ACTION WITHOUT PREJUDICE

Upon consideration of the Plaintiff's Request for Dismissal of Action Without Prejudice ("Request"), and good cause appearing, the Court hereby GRANTS the Request.

This action in hereby dismissed without prejudice in its entirety.


DATED: October 13, 2020

Hon George H. Wu
United States District Judge

[PROPOSED] ORDER RE REQUEST FOR DISMISSAL OF ACTION WITHOUT PREJUDICE